RECEIVED
APR 3 0 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GARY HOWINGTON, et ux | CIVIL ACTION NO. 14-0464 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| JOHN ALDEN LIFE INS. CO. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendant's motion to DISMISS OR ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29th day of April, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT